People v Pena (2025 NY Slip Op 03023)

People v Pena

2025 NY Slip Op 03023

Decided on May 20, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 20, 2025

Before: Webber, J.P., Friedman, Gesmer, Rosado, Michael, JJ. 

Ind. No. 70919/21|Appeal No. 4398|Case No. 2024-00626|

[*1]The People of the State of New York, Respondent,
v
Luis Pena, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Benjamin Wiener of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Rafael Curbelo of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Guy H. Mitchell, J.), rendered January 5, 2024, convicting defendant, upon his plea of guilty, of petit larceny, and sentencing him to two years of probation, unanimously affirmed.
The court properly imposed, as a condition of probation, a requirement that defendant consent to warrantless searches of his person, home, and car (see People v Scott, 226 AD3d 443, 443 [1st Dept 2024], lv denied 42 NY3d 930 [2024]). The condition was reasonably related to his rehabilitation, given defendant's conduct in the instant offense in which he was armed with a glass bottle which he used as a weapon, his youthful offender adjudication for fourth-degree weapon possession, the use of a firearm during the crime by an unapprehended accomplice, as well as the photograph recovered from his iCloud account which depicted firearms displayed on his bed (id.; see Penal Law § 65.10[1]).
Although we find that defendant did not make a valid waiver of his right to appeal, we perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 20, 2025